**Opinion issued July 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00204-CV

———————————

## TOM PHAM, Appellant

## V.

## JP MORGAN CHASE BANK, N.A. AND JAN MA, Appellees

---

### On Appeal from the 152nd District Court
### Harris County, Texas
### Trial Court Case No. 2017-16047

---

## MEMORANDUM OPINION

Appellant, Tom Pham, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.